U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

DEC 16 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LEON MITCHELL | CIVIL ACTION NO. 11-cv-0256 |
| VERSUS | JUDGE WALTER |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the court finds that Petitioner timely filed his notice of appeal by delivering it to prison officials on or before April 28, 2014 for delivery to the Clerk of Court. The Clerk of Court is directed to return this case to the Court of Appeals for furthering proceedings.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 16 day of Dec, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE